# The Martinez Group PLLC

ATTORNEYS & COUNSELORS IN INTELLECTUAL PROPERTY LAW

PATENT · TRADEMARK
COPYRIGHT · LITIGATION

55 POPLAR STREET
SUITE 1-D
BROOKLYN HEIGHTS
NEW YORK 11201-6930

AFFILIATED OFFICES
LOS ANGELES, CALIFORNIA
CHICAGO, ILLINOIS
AUSTIN, TEXAS
PORTLAND, OREGON

718 797 2341 TELEPHONE
718 222 0481 FACSIMILE

MARTINEZGROUP.COM

FRANK J. MARTINEZ
Attorney at Law – MBA
Admitted in NY and TX
FM@martinezgroup.com

September 15, 2025

<u>Via Messenger</u>

Hon. Hector Gonzalez
United States District Judge
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: Order Regarding Service of Process
         Font Brothers, Inc. v. Ole Smoky Distillery, LLC.
         Case No.: 1:25-cv-04954
         <u>Attorney Docket: 1079-114</u>

Dear Judge Gonzalez:

  This letter is in response to the Order dated September 11, 2025 requiring that Counsel describe, in writing, Plaintiff's efforts to serve the Complaint and Summons upon Defendant.

  On September 8, 2025, a copy of the Complaint, Exhibits A-F and the perfected Summons where transmitted, via email, to Keating and Walker Attorney Services, Inc. ("Keating and Walker") for service upon Defendant. Counsel for Plaintiff advised Keating and Walker that the Tennessee Secretary of State's records identified Defendant's agent for service of process as Registered Agent Solutions, Inc., 992 Davidson Drive, Suite B, Nashville, TN 37205.

  On September 11, 2025, Counsel for Plaintiff, via email, inquired of Keating and Walker as to the status of Service upon the Defendant and was advised that "it was served this morning – I'm waiting for the server to send back the signed federal proof." A copy of that correspondence is annexed for the Court's convenience.

  Counsel for Plaintiff, absent intervening emergency, shall file the proof of service with the Court on the day it is returned to Counsel.

{00033027 v.1}

Hon. Hector Gonzalez
September 15, 2025
Page 2

**Other Matter**

      On September 8, 2025, Counsel for Plaintiff inadvertently sent a Courtesy Copy of the Complaint with Exhibits to the Court without a cover letter. Counsel for Plaintiff, being mindful of the Court's resources, regrets the error and apologizes for any inconvenience.

      Please contact the undersigned if there are further questions.

Respectfully submitted,
THE MARTINEZ GROUP PLLC

By: _____
    Frank J. Martinez, Esq.
    *Attorney for Plaintiff*
    *Font Brothers, Inc. d/b/a Font*
    *Brothers a/k/a FontBros*

Encl.

## Outlook

---

### Re: OLE SMOKY- 25-cv-04954

**From** Frank Martinez <fm@martinezgroup.com>
**Date** Thu 9/11/2025 5:40 PM
**To** Steven Mitchell <smitchell@keatingandwalker.com>; service@keatingandwalker.com <service@keatingandwalker.com>

Great, thanks for the update!

F.

Get Outlook for Android

---

**From:** Steven Mitchell <smitchell@keatingandwalker.com>
**Sent:** Thursday, September 11, 2025 5:23:35 PM
**To:** Frank Martinez <fm@martinezgroup.com>; service@keatingandwalker.com <service@keatingandwalker.com>
**Subject:** Re: OLE SMOKY- 25-cv-04954

it was served this morning - I'm waiting for the server to send back the signed federal proof

On 9/11/2025 5:19 PM, Frank Martinez wrote:

> Dear Steven:
>
> The court has instructed that I submit a letter describing my efforts to serve OLE SMOKEY DISTILLERY.
>
> Can you advise as to the actions taken to effect service at this time?
>
> Warmest regards,
>
> Frank Martinez
>
> **THE MARTINEZ GROUP PLLC**
>
> Frank J. Martinez
>
> Attorney at Law – MBA
>
> FM@martinezgroup.com
>
> 718.797.2341 Telephone
>
> 917.604.6638 Mobile