IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FONT BROTHERS, INC., d/b/a FONT BROTHERS, a/k/a FONTBROS, *Plaintiff*, -against- OLE SMOKY DISTILLERY, LLC. *Defendant*. | 1:25–CV–04954 (HG) |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Defendant having not Answered or otherwise moved, and further to a negotiated resolution of the above-captioned matter, Plaintiff FONT BROTHERS, INC., d/b/a FONT BROTHERS, a/k/a FONTBROS hereby voluntarily dismisses the above-captioned action, as against the Defendant OLE SMOKY DISTILLERY, LLC, *with prejudice*, and with each party bearing its own costs and attorneys' fees.

Date: November 19 , 2025

SO ORDERED

_____
USDJ

THE MARTINEZ GROUP PLLC

By:     /s/ Frank J. Maritnez
        Frank J. Martinez, Esq.
        *Attorney for Plaintiff*
        *Font Brothers, Inc. d/b/a*
        *Font Brothers a/k/a FontBros*
        55 Poplar Street, Suite 1-D
        Brooklyn, New York 11201
        718.797.2341 Telephone
        FM@martinezgroup.com

{00033046 v.1}

## AFFIDAVIT OF SERVICE

I hereby certify that a true copy of the foregoing document NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE, was served on  November 19 , 2025 by electronic mail only to:

John Harbin, Esq.
MEUNIER CARLIN & CURFMAN
999 Peachtree Street NE, Suite 1300
Atlanta, Georgia 30309
(617) 771-7787
jharbin@mcciplaw.com


Date: November 19, 2025                               By: /s/ Frank J Martinez
                                                                                         Frank J. Martinez, Esq.